01
02
03
04
05
06          UNITED STATES DISTRICT COURT
07          WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. CR11-5471-RAJ
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )   DETENTION ORDER
11  JUAN CRUZ CRUZ,                     )
                                        )
12          Defendant.                  )
    _____ )
13

14  <u>Offense charged</u>:        Possession with Intent to Distribute Cocaine and Heroin

15  <u>Date of Detention Hearing</u>:     October 13, 2011.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.       Defendant has been charged with a drug offense, the maximum penalty of which

01  is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03      2.      Defendant was not interviewed by Pretrial Services.   There is very little

04  information available and/or verified about his background or ties to the District.   Defendant is

05  a native of Mexico and a lawful resident of the United States.   He was initially arrested in the

06  District of Idaho and transferred to this District.

07      3.      Taken as a whole, the record does not effectively rebut the presumption that no

08  condition or combination of conditions will reasonably assure the appearance of the defendant

09  as required and the safety of the community.

10  It is therefore ORDERED:

11      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12          General for confinement in a correction facility separate, to the extent practicable, from

13          persons awaiting or serving sentences or being held in custody pending appeal;

14      2.  Defendant shall be afforded reasonable opportunity for private consultation with

15          counsel;

16      3.  On order of the United States or on request of an attorney for the Government, the

17          person in charge of the corrections facility in which defendant is confined shall deliver

18          the defendant to a United States Marshal for the pupose of an appearance in connection

19          with a court proceeding; and

20      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21          for the defendant, to the United States Marshal, and to the United State Pretrial Services

22          Officer.

01     DATED this <u>13th</u> day of October, 2011.

03                                            _____
04                                            Mary Alice Theiler
                                              United States Magistrate Judge

DETENTION ORDER
PAGE -3